**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
TERESA TYLER,                                               :
                                                            :
                Plaintiff,                                  :     24-CV-1947 (ALC) (OTW)
                                                            :
        -against-                                           :     ORDER
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                                                            :
                Defendant.                                  :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 38.

Plaintiff's deadline to respond to Defendant's motion to dismiss is extended to **Friday, April 25, 2025**. It is further ordered that:

- Defendant's reply is due **Friday, May 9, 2025**.

Defendant is directed to serve a copy of this order on *pro se* Plaintiff.

The Clerk of Court is respectfully directed to close ECF 38.

**SO ORDERED.**

Dated: April 2, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge