**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TERESA TYLER,

                Plaintiff,           24-CV-1947 (ALC) (OTW)

                -against-           **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 40. Plaintiff's motion is **DENIED** without prejudice to refiling.

This case was referred to me for general pretrial management. (ECF 24). On April 23, 2025, Plaintiff filed a letter, styled as a motion to seal, requesting that "this case be sealed to further safeguard privacy of Plaintiff and others mentioned in this case." (ECF 40). The Court construes Plaintiff's request as a motion to seal all filings in this action. Plaintiff provides no law or facts in support of her motion on which the Court may base a decision to seal any individual filings, let alone every filing in this case. Plaintiff also does not indicate whether she has met and conferred with opposing counsel, as is required by my Individual Rules.

If Plaintiff wishes to seal any part of this case, she is directed to first meet and confer with Defendant, to determine whether such motion can be made jointly, on consent of both parties. Any motion to seal, either by Plaintiff alone or by the parties jointly, is due by **Tuesday, May 13, 2025**. The motion must follow my Individual Rules regarding letter motions,

and should: (1) identify which specific documents Plaintiff or the parties wish to seal; and (2) explain why she or they believe the documents should be sealed.

**SO ORDERED.**

Dated: April 28, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge