**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
TERESA TYLER,

               Plaintiff,           24-CV-1947 (ALC) (OTW)

               -against-            **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

               Defendant.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This case was referred to me for general pretrial management. (ECF 24).

It has come to the Court's attention that Plaintiff, who proceeds *pro se*, has emailed Judge Carter's Chambers *ex parte*, attaching correspondence with Defendant's counsel regarding a potential motion to seal. (ECF 44). Plaintiff is reminded that Chambers cannot provide legal advice, and that any correspondence with the Court must be filed on the Docket. If Plaintiff needs assistance with procedural questions, she may contact the *Pro Se* Office at (212) 805-0175, or 500 Pearl Street, Room 205, New York, New York 10007.

If Plaintiff wishes to seal any part of this case, she should file such motion, by letter, on the docket, by **Tuesday, May 20, 2025**. As noted in the Court's April 28 Order (ECF 42), the motion must follow my Individual Practices in Civil Cases § VI (https://www.nysd.uscourts.gov/hon-ona-t-wang) regarding letter motions, and should: (1) identify which specific documents Plaintiff wishes to seal; and (2) explain why she believes the documents should be sealed.

Both parties are further directed to review my Individual Practices § IV(b) regarding my mandatory meet and confer process, which requires that the parties meet and confer in good faith **in person or over the telephone**.

Defendant is directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 9, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge