**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
TERESA TYLER,

             Plaintiff,                    24-CV-1947 (ALC) (OTW)

             -against-                    **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

             Defendant.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 47.

On May 8, 2025, Defendant filed a request seeking a one-week extension of the deadline to file their reply on their motion to dismiss this case. (ECF 43). The letter, which was filed at 4:42 p.m. indicated that: Defense counsel had emailed *pro se* Plaintiff requesting that she consent to the extension; and that Plaintiff had not yet responded. (ECF 43). On May 9, 2025, the Court granted Defendant's request. (ECF 45).

On May 10, 2025, Plaintiff filed a letter stating that she did not agree to Defendant's extension. (ECF 47). Plaintiff's letter attached, as an exhibit, email correspondence between herself and Defense counsel, reflecting that Defense counsel had contacted her regarding the extension on May 8, at 10:48 a.m., and that Plaintiff had responded—in the negative—at 9:24 p.m. (ECF 47-1). Plaintiff's letter does not include a request for relief. (*See* ECF 47).

My Individual Practices in Civil Cases § II (https://www.nysd.uscourts.gov/hon-ona-t-wang) regarding letters directs that requests for extensions of time must, among other things, indicate whether the adversary consents, and, if not, the reasons the adversary has given for

refusing to consent.  *See* § II(e).  It is not required that the adversary consent for the Court to grant such a request.  My Individual Practices do, however, state that requests for extension should generally be made at least 48 hours before the deadline.  *See* § II(e).

The parties are directed to review my Individual Practices regarding requests for extensions.  The parties are warned that failure to meet and confer in good faith prior to submitting filings may result in requests being denied and/or filings being stricken.  To the extent that Plaintiff's May 10 Letter is an objection to the short extension that was granted on May 9, it is **DENIED as moot**.

**SO ORDERED.**

Dated: May 12, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge