UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

TYLER,

                                Plaintiff,   :     1:24-cv-1947 (ALC)

          -against-          :     <u>ORDER</u>

DEPARTMENT OF EDUCATION.,

              Defendants.

---------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On March 25, 2026, the Court ordered the Defendant to file a pre-motion conference letter ahead of a motion to dismiss or else indicate to the Court that they were resting on their previous papers by three weeks from the date Plaintiff amended her complaint. Plaintiff amended her complaint on April 16, 2026, so Defendant's letter was due May 7, 2026.

The Parties are ordered to file a joint status report by May 15, 2026, including the status of settlement.

**SO ORDERED.**

**Dated:** May 13, 2026

      New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**