**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| TERESA TYLER,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendant. | : | 24-CV-1947 (ALC) (OTW)<br><br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

On June 26, 2026, Defendant filed their motion to dismiss the Fourth Amended Complaint. (ECF 64). The responding briefs are due:

- Plaintiff's opposition is due **August 24, 2026.**
- Defendant's reply, if any, is due **August 31, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: July 31, 2026
New York, New York

**Ona T. Wang**
United States Magistrate Judge