**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**TYLER,**

**Plaintiff,**

**-against-**

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

**Defendant.**

---------------------------------------------------------- x

**24-CV-1947 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 28, 2026, the Court ordered Plaintiff to show cause by November 6, 2026, as to why this action should not be dismissed without prejudice for failure to prosecute the case pursuant to Fed. R. Civ. P. 41(b). ECF No. 70. Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

**SO ORDERED.**

**Dated**: November 16, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**